(104 So. 126)

No. 26672.

ENGINEERING SALES CO., Inc., v. SUND-BERY & WINKLER.

(March 30, 1925. Rehearing Denied April 27, 1925.)

Appeal from Twenty-Seventh Judicial District Court, Parish of Assumption; Sam A. Le Blanc, Judge.

Guion & Upton, of New Orleans, and Aubert L. Talbot, of Napoleonville, for appellants.

Marks, Gilbert & Simmons, of Napoleonville, Herbert S. Weil and Lazarus, Weil & Lazarus, all of New Orleans, and A. N. Simmons, of Napoleonville, for appellee.

BRUNOT, J. This is a suit on two promissory notes. The sum claimed is $2,563.91, with interest at the rate of 8 per cent. per annum on $1,394.28 from December 1, 1921, and like interest on $1,169.63 from December 9, 1921,

and 10 per cent. on the sums of principal and interest as attorneys' fees.

The demands, defenses, and judgment in this case conform to the demands, defenses, and judgment in the case of Southern Coal Co., Inc., v. Sundbery & Winkler, 104 So. 124,[1] No. 26159 of the docket of this court, this day decided, and, for the reasons therein stated, plaintiff's demand in this court for damages is rejected, and the judgment appealed from is affirmed, at appellants' cost.

---

(104 So. 126)